IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Bengler Vasquez and Olman Guerra | |
| vs. | |
| Chicago Carriage Cab Corp. and 2617 Auto Repair, Inc. | Case Number 08 CV 2473 |

## AFFIDAVIT OF SERVICE

I, Tommie Levy, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 06 day of May, 2008, at 11:30 AM at 2617 S. Wabash Ave., Chicago, IL 60616, did serve the following document(s):

**Summons and Complaint**

Upon: **2617 Auto Repair, Inc. c/o Aleksandr Igolnikov**

By: ☑ Personally serving to: Aleksandr Igolnikov

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 2617 S. Wabash Ave., Chicago, IL 60616 on

| Description: | Sex | Male | Race | **White** | Approximate Age | **58** |
|---|---|---|---|---|---|---|
| | Height | 5'11 | Weight | **200** | Hair Color | **Black-Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Tommie Levy
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Bengler Vasquez and Olman Guerra

CASE NUMBER:

V.

ASSIGNED JUDGE:

Chicago Carriage Cab Corp. and 2617 Auto Repair, Inc.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

2617 Auto Repair, Inc.
c/o Aleksandr Igolnikov
2617 S. Wabash Ave.
Chicago, IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



April 30, 2008
_____
Date