# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 CV 2473 NF

BENGLER VASQUEZ and OLMAN GUERRA, and all other Plaintiffs similarly situated known and unknown

                                                      Plaintiffs,

v.

CHICAGO CARRIAGE CAB CORP., and 2617 AUTO REPAIR, INC.

                                                      Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Carriage Cab Corp., and 2617 Auto Repair, Inc.

| |
|---|
| NAME: (Type or Print) <br> JENNIFER A. NABER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Jennifer A. Naber |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP: Chicago, Illinois 60610 |

| | |
|---|---|
| ID NUMBER: 06197465 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |