# IN THE UNTIED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BENGLER VASQUEZ and OLMAN GUEVA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 C 2473 |
| ) | Judge Gettleman |
| CHICAGO CARRIAGE CAB CORP. and 2617 ) | Magistrate Judge Cox |
| AUTO REPAIR, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 11, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the following Stipulation of Dismissal.

Dated: July 11, 2008                               Respectfully submitted,

Marc J. Siegel, #06238100
Lorraine T. Peeters, #06290434
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150              By: /s/ Marc J. Siegel
Chicago, IL  60601                                    Attorney for Plaintiffs
Tel. (312) 540-1230
Fax (312) 540-1231
Email   info@caffarelli.com
Web    www.caffarelli.com

## IN THE UNTIED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BENGLER VASQUEZ and OLMAN GUEVA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08 C 2473 |
| ) | Judge Gettleman |
| CHICAGO CARRIAGE CAB CORP. and 2617 ) | Magistrate Judge Cox |
| AUTO REPAIR, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiffs, BENGLER VASQUEZ and OLMAN GUEVA, and Defendants, CHICAGO CARRIAGE CAB CORP. and 2617 AUTO REPAIR, INC., by their attorneys, pursuant to Rule 41(a)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation this matter may be dismissed with prejudice, each party to bear its own costs and fees.

Dated: July 11, 2008

| | |
|---|---|
| /s/ Marc J. Siegel | /s/Robert H. Brown |
| Marc J. Siegel | Robert H. Brown (00319120) |
| Caffarelli & Siegel | Laner, Muchin, Dombrow, Becker, |
| Two Prudential Plaza | Levin and Tominberg, Ltd. |
| 180 North Stetson, Suite 3150 | 515 North State Street, Suite 2800 |
| Chicago, IL 60601 | Chicago, IL 60654 |
| | Telephone: 312/467-9800 |
| One of the Attorneys for Plaintiffs | Fax: 312/467-9479 |
| | One of the Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the attached, **Stipulation of Dismissal,** was served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on July 11, 2008.

Robert H. Brown
Jennifer A. Naber
Laner, Muchin, Dombrow, Becker,
Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, IL  60654


Courtesy copies delivered to chambers of Judge Gettleman within 24 hours of filing via hand delivery.


    __/s/ Marc J. Siegel____
    Attorney for the Plaintiffs