# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2473 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Bengler Vasquez, et al   vs   Chicago Carriage Cab Corp. et al | | |

**DOCKET ENTRY TEXT:**

On stipulation, this matter is dismissed with prejudice, with each party to bear its own costs and fees.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|